

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Denise Gail Dooley, Appellant

No. 06-14-00240-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42348-B). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by (1) deleting the attorney fees incurred by appointed counsel in the amount of $706.50 from the judgment, (2) replacing a plea of "not true" to "true" as the plea to the motion to adjudicate, and (3) identifying the offense for which Dooley was convicted as "fraud," and removing "fraudulent possession controlled substance/persecription [sic]" as the offense for which she was convicted.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Denise Gail Dooley, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk